UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
David Shatz
Plaintiff,

                              Rule 7.1 Statement

v

Linda Strumpf, Esq.
Defendant.
-------------------------------------------x

**ROBINSON**

07 CIV. 7129

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for David Shatz (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:
N/A

Dated: Spring Valley, New York
August 10, 2007

                                         /s/
                             Shmuel Klein (SK 7212) Fed Court Only
                             Law Office of Shmuel Klein, PC
                             Attorneys for Plaintiff
                             268 ROUTE 59
                             Spring Valley, NY 10977
                             (845) 425-2510