Index # 07 civ 7129
Purchased/Filed: August 10, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York        U. S. District Court        Southern Dist. County

David Shatz                                           Plaintiff

against

Linda Strumpf, Esq.                                   Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY   )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 45 yrs
Weight: 155 Lbs   Height: 5'5   Sex: Female   Color of skin: White
Hair color: Blonde   Other: _____

_____Robin Brandow_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____September 4, 2007_____, at _____2:00pm_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed _____Summons in a Civil Action and Complaint_____ on _____Linda Strumpf, Esq. d/b/a Linda Strumpf, Inc._____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____40.00_____ dollars; That said service was made pursuant to Section _____BUSINESS CORPORATION LAW §306_____.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

4th   day of   September, 2007

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

**Invoice•Work Order #** 0718243