

# New York State Unified Court Sys

**Welcome**

**Attorney Search**

**Resources**

**Attorney Registration**

**E-Courts**

**Contact Us**

## COURTS

### *Attorney Detail*

*as of 11/26/2007*

**Registration Number:** 1327402

**LINDA A. STRUMPF**
LINDA STRUMPF ATTORNEY AT LAW
2 WEST RD
SOUTH SALEM, NY 10590-2600
United States
(212) 566-6800

| | |
|---|---|
| **Year Admitted in NY:** | 1976 |
| **Appellate Division Department of Admission:** | 2 |
| **Law School:** | FORDHAM |
| **Registration Status:** | Currently registered |
| **Next Registration:** | Dec 2008 |

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the **Appellate Divisions** of the Supreme Court in New York is available at www.nycourts.gov/courts.

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration, Attorney Registration Unit at 212-428-2800.

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: LINDA STRUMPF, INC.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | LINDA STRUMPF, INC. |
| **Initial DOS Filing Date:** | AUGUST 12, 1997 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | INACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O LINDA STRUMPF, ESQ.
244 COLONIAL RD.
NEW CANAAN, CONNECTICUT, 06840

**Chairman or Chief Executive Officer**

LINDA STRUMPF
244 COLONIAL ROAD
NEW CANAAN, CONNECTICUT, 06840

**Principal Executive Office**

LINDA STRUMPF, INC.
244 COLONIAL ROAD
NEW CANAAN, CONNECTICUT, 06840

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results        New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page