United States District Court
Southern District of New York
------------------------------------------------X
David Shatz                              Docket No. 07-CV-7129 (Robinson, J.)
               Plaintiff,
   -against-

Linda Strumpf Esq.
               Defendant
------------------------------------------------X

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT STRUMPF'S <u>MOTION TO DISMISS</u>

LINDA STRUMPF, ESQ.
Defendant Pro Se
244 Colonial Road
New Canaan, Ct. 06840
Tel: 212-566-6800
Fax: 212-566-6808

# **TABLE OF CONTENTS**

|  | **Page** |
|---|---|
| Table of Authorities | ii |
| Preliminary Statement | 1 |
| Argument | 3 |
| Point I | |
| Service of the Summons and Complaint | |
| Was Never Made Herein | |
| Point II | |
| Although Not the Subject of This Motion, Plaintiff has Failed to | 6 |
| State a Claim Herein | |
| Conclusion | 7 |

# TABLE OF AUTHORITIES

## Cases

Feinstein v. Bergner, 48 N.Y.2d 234, .......................................................................... 5
397 N.E.2d 1161, 422 N.Y.S.2d 356, (1979)

Johnson v. Smithsonian Institute .......................................................................... 6 - 7
189 F. 2d 180, 186-187 (2nd Cir., 1999)

Martin v. New York State Dept. of Mental Hygiene, .......................................................................... 6
588 F.2d 371, 373 (2nd Cir., 1978)

## Statutes

Fair Debt Collection Practices Act [FDCPA] .......................................................................... 1, 6, 7

F.R.C.P. 4 (e) .......................................................................... 3, 4, 6

F.R.C.P. 12(b)(5) .......................................................................... 1

F.R.C.P. 55 .......................................................................... 1

Local Civil Rule 55.2 .......................................................................... 1

NY Business Corporation Law § 306 .......................................................................... 5

NY Civil Practice Law and Rules § 308 .......................................................................... 4, 5