United States District Court
Southern District of New York
----------------------------------------------X
David Shatz                                                           Docket No. 07-CV-7129 (Robinson, J.)
                 Plaintiff,
  -against-

Linda Strumpf Esq.
                Defendant
-------------------------------------------------X

## NOTICE OF CORRECT ADDRESS OF PRO SE DEFENDANT

PLEASE TAKE NOTICE, the Pro Se Defendant's Address for this action is:

**244 Colonial Road**
**New Canaan, Ct. 06840**
Tel:  212-566-6800
Fax: 212-566-6808

Dated:  November 27, 2007

                                                        */s/ Linda Strumpf*_____
                                                       Linda Strumpf (LS-2948)
                                                       244 Colonial Road
                                                       New Canaan, Ct. 06840
                                                       212-566-6800

TO: Law Office of Shmuel Klein P.C.
268 West Route 59
Spring Valley, NY 10977

United States District Court
Southern District of New York
-------------------------------------------------X
David Shatz                                               Docket No. 07-CV-7129 (Robinson, J.)
             Plaintiff,
  -against-                                              DECLARATION OF SERVICE

Linda Strumpf Esq.
             Defendant
---------------------------------------------------X

    Linda Strumpf, hereby declares, pursuant to 28 U.S.C. §1746, as follows:

    On November 27, 2007 deponent served the attached:

    Notice of Correct Address of Pro Se Defendant

in the above-captioned matter on the Attorney for Plaintiff by depositing true copies thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed as follows:

Law Office of Shmuel Klein P.C.
268 West Route 59
Spring Valley, NY 10977

    I declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2007.

                                                                 */s/ Linda Strumpf*_____
                                                                 Linda Strumpf

Docket No. 07-CV-7129 (Robinson, J.)

United States District Court
Southern District of New York

---

David Shatz
                Plaintiff,
-against-

Linda Strumpf Esq.
                Defendant

---

Notice of Correct Address of Pro Se Defendant

---

LINDA STRUMPF
Defendant Pro Se
244 Colonial Road
New Canaan, Ct. 06840
Tel:  212-566-6800
Fax:  212-566-6808

---

TO: Law Office of Shmuel Klein P.C.
     268 West Route 59
     Spring Valley, NY 10977

---

3