AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/13/2007 |
| NAME OF SERVER (PRINT) Zina Aguirre | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Summons; Complaint; Notice of Lawsuit and Request for Waiver; and Waiver of Service of Summons were mailed via USPS first class mail and USPS certified mail (tracking # 70062760000434148554).

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/13/2007
                  Date

/S/
Signature of Server

THE LAW OFFICE OF SHMUEL KLEIN, P.C.
268 ROUTE 59
SPRING VALLEY, NY 10977
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.