# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District District of New York

Index Number: 07-CIV7129                                    Date Filed: 8/10/2007

Plaintiff:
**David Shatz**

vs.

Defendant:
**Lidna Strumpf, Esq**

Received these papers to be served on **Linda Strumpf Esq, 2 West Road, South Salem, NY 10590**.

I, Shirley Beyer, being duly sworn, depose and say that on the **12th day of December, 2007** at **12:25 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons, Complaint For Violation of the Fair Debt Collection Practices Act** with **Monica Sauei, Co Worker** at **2 West Road, South Salem, NY 10590**, the said premises were verified by said individual as being the defendant's place of **Business**. Deponent completed service by mailing a true copy of the said documents in a postpaid envelope addressed to **2 West Road, South Salem, NY 10590** and bearing the words "Personal & Confidential" by First Class Mail on **12/14/2007** and placed in an official depository of the U.S.P.S. in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**Military Status:** Based upon inquiry of party served, defendant is not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity. From the facts set forth, I am convinced that the said defendant is not in the military service at the present time.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: White, Height: 5'9", Weight: 145, Hair: Blonde, Glasses: Y

State of New York, County of Westchester, ss: I certify that the above information is accurate and true. I am not a party to the action, am over the age of 18 and reside in the State of New York.

Sworn to before me on the 14th day of December, 2007:

_[signature]_
NOTARY PUBLIC

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, ____

**Shirley Beyer**
Process Server

_[signature: Shirley Beyer]_

Our Job Serial Number: 2007001900
Ref: 20071205162556
Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c