UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

DAVID SHATZ,

                    Plaintiff,        NOTICE OF APPEARANCE

     -against-

                                DOCKET NO. 07 CIV 7129
LINDA STRUMPF, ESQ.,

                    Defendant(s).

------------------------------------x

S I R S:

        PLEASE TAKE NOTICE THAT THE defendant, LINDA STRUMPF, ESQ., LLC, hereby appears in the above-entitled action and that the undersigned has been retained as attorney for said defendant therein.

Dated: June 27, 2008

                                        _____
                                        MEL S. HARRIS & ASSOCIATES, LLC
                                        By: ARTHUR SANDERS, ESQ.
                                        Attorneys for plaintiff and
                                          Third-party defendant
                                        5 Hanover Square, 8th Floor
                                        New York, NY  10004
                                        212-660-1050