**CERTIFICATE OF SERVICE**

STATE OF NEW YORK:
COUNTY OF ROCKLAND) ss:

Shmuel Klein affirms under the penalties of perjury and states:
I am not a party to the within action, am over the age of 18 years and have an office at 268 Route 59, Spring Valley, New York. On September 15, 2008, I served a copy of the within Affirmation in Opposition to Defendant's Motion to Dismiss, and the Memorandum of Law and Exhibits thereto, by mailing a true copy thereof, via regular mail, enclosed in a first class post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, to the following individuals at the last known address to:

Arthur Sanders
Mel Harris and Associates, LLC
5 Hanover Square, 8th Floor
New York, New York 10004

Dated: September 15, 2008

_____/s/_____
Shmuel Klein