EXHIBIT "B"

# Law Office of Shmuel Klein, PC
## Attorneys and Counselors at Law

**268 West Route 59**
**Spring Valley, NY  10977**
845-425-2510
fax-845-425-7362
Federal Court Only
shmuel.klein@verizon.net

**113 Cedarhill Ave.**
**Mahwah, NJ 07430**
201-529-3411
State & Federal Court

December 6, 2007

Hon. Stephen C. Robinson
U.S. District Court
300 Quarropas St.
White Plains, NY 10601

RE:    David Shatz v. Law Office of Linda strumpf, Esq.
        Case No: 07-CV-7129

Honorable Judge Robinson:

        I am in receipt of Defendant Linda Strumpf's letter to Your Honor dated December 3, 2007, in which she responds to my letter addressed to the Court, sent on November 28, 2007.

        In her letter, Defendant boldly claims that she is not a large debt collection firm. While she asserts that she is a sole practitioner, upon a search on the Webcivil e-Courts website, for Kings County, Queens County, Richmond County and Bronx County Civil Courts and the Auburn City Court cases, I have found that she has in fact filed 2360 cases in 2006 and 926 cases in 2007, in these Courts alone. (See exhibit "A" attached hereto.) Upon information and belief, all of these cases were consumer credit/debt collection cases, where she represented U.S. Equities Corp. While Plaintiff is without knowledge as to the allegation that Linda Strumpf is a solo practitioner, upon information and belief she has many office staff that handle collection matters. It is astounding how one attorney handles that many cases per year on her own, which is perhaps an explanation for the negligence in her failure to serve Plaintiff with a Summons and Complaint, and obtaining a Default Judgment in a Court of the wrong venue. Plaintiff never had an address in the Bronx, never resided there, and is a resident of Rockland County. Plaintiff does not owe any debt to U.S. Equities Corp., the Plaintiff whom Strumpf represented in that matter. Upon information and belief, Defendant has a pattern and practice of Sewer Service of Process. Furthermore, she is clearly a debt collector, as she wrote in her letter to our office on July 26, 2007. (See Exhibit "B" attached hereto.)

Defendant alleges that she is no longer using her old address, and advised the post office on August 16, 2007 of her new address. As seen from some recent cases filed by Defendant (attached hereto as Exhibit "C"), Defendant still uses the address and 111 John Street, New York, New York. Defendant is conveniently using the fact that she moved to deny her receipt of the Notice of Lawsuit and Request for Waiver of Service of Process.

Defendant also states that she "ha[s] no valid address in "New Haven, CT " as was written in the second page, 1st paragraph of my November 28th letter to Your Honor. It is true that Defendant has an address in New Canaan, CT, not New Haven, CT  New Haven, CT was mistakenly typed by my secretary instead of New Canaan, but it is clear that the statement referred to Defendant Strumpf's Connecticut Address, at which she was served through the secretary of State, which she does not deny receipt of, the same address which was used by our office to mail a copy of Plaintiff's application for Default.

Defendant was served and willfully chose to ignore the Complaint filed against her, conveniently failing to respond. Therefore, it is proper that a Default Judgment be issued against Defendant.

Plaintiff respectfully prays that Your Honor deny Defendant's motion to dismiss the Complaint and enter a Default Judgment in favor of Plaintiff.

Based upon the above, it is once again further requested that Ms. Strumpf withdraw her motion pursuant to Rule 11.

Respectfully,

Shmuel Klein
/za

Enclosures

cc: Linda Strumpf, Esq
     South Salem, NY
     New Caanen, CT





## WebCivil Local - Case Search Results

2360 Case(s) Match Your Search    **Page 1 of 95 pages**

[First Page] [Next Page] [Previous Page] [Last Page] Select Records Range: _____ [New Search] [Edit Search]

Please scroll down to see more cases.

| | Court | Index Number | Case Status | Plaintiff | Plaintiff Firm | Defendant | Defendant Firm | Appearance Date | Judge/ Part |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Auburn City Court | CV-000573-06/AU | Disposed | U.S. Equities Corp | Linda A. Strumpf | Robert A Burleson , II | | | |
| 2 | Auburn City Court | CV-000636-06/AU | Disposed | U.S. Equities Corp | Linda A. Strumpf | Douglas M Chapin | | | |
| 3 | Auburn City Court | CV-000637-06/AU | Disposed | U.S. Equities Corp | Linda A. Strumpf | Julie Ann Common | | | |
| 4 | Auburn City Court | CV-000638-06/AU | Disposed | U S Equities Corp | Linda A. Strumpf | Amber L Brazee | | | |
| 5 | Auburn City Court | CV-000639-06/AU | Disposed | U.S. Equities Corp | Linda A. Strumpf | Kathy Colvin | | | |
| 6 | Auburn City Court | CV-000640-06/AU | Active | U.S. Equities Corp | Linda A. Strumpf | Billijean OHara | | | |
| 7 | Auburn City Court | CV-000740-06/AU | Disposed | U S Equities Corp | Linda A. Strumpf | James Klock | | | |
| 8 | Auburn City Court | CV-000741-06/AU | Disposed | U S Equities Corp | Linda A. Strumpf | Barbara Shields | | | |
| 9 | Auburn City Court | CV-001140-06/AU | Disposed | US Equities Corp | Linda A. Strumpf | Jennifer Burroughs | | | |
| 10 | Bronx County Civil Court | CV-000389-06/BX | Active | U.S. EQUITIES CORP | LINDA STRUMPF | MARIA C. DEL CASTILLO | | | Honorable Lee A Mayersohn Part 11 - Self Represented Non-Jury |
| 11 | Bronx County Civil Court | CV-006088-06/BX | Post Disposition | U.S. EQUITIES CORP | LINDA STRUMPF | ETZER DELVA | | 11/07/2007 | Honorable Francis M. Alessandro Part 11 - Self Represented Non-Jury |
| 12 | Bronx County Civil Court | CV-009266-06/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | OBASI O EKEAGBARA | | | Honorable Francis M. Alessandro Part 11 - Self Represented Non-Jury |
| 13 | Bronx County Civil Court | CV-009267-06/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | CINDY COOPER | | | Honorable Francis M. Alessandro Part 11 - Self Represented Non-Jury |
| 14 | Bronx County Civil Court | CV-009268-06/BX | Active | U.S. EQUITIES CORP | LINDA STRUMPF | ALFRED D HALES | | | Honorable Francis M. Alessandro Part 11 - Self Represented Non-Jury |
| 15 | Bronx County Civil Court | CV-009269-06/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | PATRICIA S KING | | | Honorable Francis M Alessandro Part 11 - Self Represented Non-Jury |
| 16 | Bronx County Civil Court | CV-009270-06/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | LUZ L SIERRA | | | Honorable Francis M. Alessandro Part 11 - Self Represented Non-Jury |
| 17 | Bronx | CV-009271-06/BX | Disposed | U S | LINDA | WILLIAM D | | | Honorable Francis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | County Civil Court | | | EQUITIES CORP | STRUMPF | KING | | M. Alessandro Part 11 - Self Represented Non-Jury |
| 18 | Bronx County Civil Court | CV-009272-06/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | AGGREY F MCGREGOR | | Honorable Francis M. Alessandro Part 11 - Self Represented Non-Jury |
| 19 | Bronx County Civil Court | CV-009273-06/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | DEDNICK O WILLIAMS | | Honorable Francis M. Alessandro Part 11 - Self Represented Non-Jury |
| 20 | Bronx County Civil Court | CV-009274-06/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | MARIA MARTINEZ | | Honorable Francis M. Alessandro Part 11 - Self Represented Non-Jury |
| 21 | Bronx County Civil Court | CV-009275-06/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | AGGREY F MCGREGOR | | Honorable Francis M. Alessandro Part 11 - Self Represented Non-Jury |
| 22 | Bronx County Civil Court | CV-009276-06/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | FANGLUN CHAI | | Honorable Francis M. Alessandro Part 11 - Self Represented Non-Jury |
| 23 | Bronx County Civil Court | CV-009277-06/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | CORRINE I ZEPHIR | | Honorable Francis M. Alessandro Part 11 - Self Represented Non-Jury |
| 24 | Bronx County Civil Court | CV-009278-06/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | CAMAY T CROOMS | | Honorable Francis M. Alessandro Part 11 - Self Represented Non-Jury |
| 25 | Bronx County Civil Court | CV-009279-06/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | KIM ANITA WILSON | | Honorable Francis M. Alessandro Part 11 - Self Represented Non-Jury |

[First Page] [Next Page] [Previous Page] [Last Page] Select Records Range: ⬚ [New Search] [Edit Search]





New York State Unified Court System

COURTS

## WebCivil Local - Case Search Results

926 Case(s) Match Your Search    **Page 1 of 38 pages**
[First Page] [Next Page] [Previous Page] [Last Page] Select Records Range:      [New Search] [Edit Search]

Please scroll down to see more cases.

| | Court | Index Number | Case Status | Plaintiff | Plaintiff Firm | Defendant | Defendant Firm | Appearance Date | Judge/ Part |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bronx County Civil Court | CV-001441-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | IRIS M SOTOMAYOR | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 1 | Bronx County Civil Court | CV-001441-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | IRIS M SOTOMAYOR | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 2 | Bronx County Civil Court | CV-001442-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | JOAN M LAWTON | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 2 | Bronx County Civil Court | CV-001442-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | JOAN M LAWTON | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 3 | Bronx County Civil Court | CV-001443-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | JOSEPH M SENAT | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 3 | Bronx County Civil Court | CV-001443-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | JOSEPH M SENAT | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 4 | Bronx County Civil Court | CV-001444-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | LISA M MARCHUCK | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 4 | Bronx County Civil Court | CV-001444-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | LISA M MARCHUCK | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 5 | Bronx County Civil Court | CV-001445-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | MARIA G BECERRA | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 5 | Bronx County Civil Court | CV-001445-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | MARIA G BECERRA | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 6 | Bronx County Civil Court | CV-001446-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | MARK DONTAY GOODSON | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 6 | Bronx County Civil Court | CV-001446-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | MARK DONTAY GOODSON | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 7 | Bronx County Civil Court | CV-001447-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | NICHOLAS SALZARULO | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 7 | Bronx County Civil Court | CV-001447-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | NICHOLAS SALZARULO | | | Honorable Thomas D. Raffaele Part 11 - Self |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Represented |
| 8 | Bronx County Civil Court | CV-001448-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | OJCEKO V GIZELGUL | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 8 | Bronx County Civil Court | CV-001448-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | OJCEKO V GIZELGUL | | | Honorable Thomas D Raffaele Part 11 - Self Represented |
| 9 | Bronx County Civil Court | CV-001449-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | OSCAR E ALAS | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 9 | Bronx County Civil Court | CV-001449-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | OSCAR E ALAS | | | Honorable Thomas D Raffaele Part 11 - Self Represented |
| 10 | Bronx County Civil Court | CV-001450-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | RICHARD W MCLOUGHLIN | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 10 | Bronx County Civil Court | CV-001450-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | RICHARD W MCLOUGHLIN | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 11 | Bronx County Civil Court | CV-001451-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | SANDRA M HULSIZER | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 11 | Bronx County Civil Court | CV-001451-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | SANDRA M HULSIZER | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 12 | Bronx County Civil Court | CV-011367-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | DANIEL MEDINA | | | Honorable Thomas D Raffaele Part 11 - Self Represented |
| 12 | Bronx County Civil Court | CV-011367-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | DANIEL MEDINA | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 13 | Bronx County Civil Court | CV-012188-07/BX | Active | U.S. EQUITIES CORP | LINDA STRUMPF | TAVIER JONES | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 13 | Bronx County Civil Court | CV-012188-07/BX | Active | U.S. EQUITIES CORP | LINDA STRUMPF | TAVIER JONES | | | Honorable Thomas D. Raffaele Part 11 - Self Represented |
| 14 | Bronx County Civil Court | CV-012189-07/BX | Active | U.S. EQUITIES CORP | LINDA STRUMPF | ANNETTE DANIELS | 08/14/2007 | | Honorable Thomas D. Raffaele Part 11 - Self Represented Non-Jury |
| 14 | Bronx County Civil Court | CV-012189-07/BX | Active | U.S. EQUITIES CORP | LINDA STRUMPF | ANNETTE DANIELS | 08/14/2007 | | Honorable Thomas D. Raffaele Part 11 - Self Represented Non-Jury |
| 15 | Bronx County Civil Court | CV-012190-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | LOUIS R GONZALEZ | | | Honorable Thomas D. Raffaele Part 11 - Self Represented Non-Jury |
| 15 | Bronx County Civil Court | CV-012190-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | LOUIS R GONZALEZ | | | Honorable Thomas D. Raffaele Part 11 - Self Represented Non-Jury |
| 16 | Bronx County Civil Court | CV-012191-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | MALIK BROWN | | | Honorable Thomas D Raffaele Part 11 - Self Represented Non-Jury |
| 16 | Bronx County Civil Court | CV-012191-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | MALIK BROWN | | | Honorable Thomas D. Raffaele Part 11 - Self Represented Non-Jury |
| 17 | Bronx | CV-012192-07/BX | Active | U S EQUITIES | LINDA | LISA REDWINE | | | Honorable Thomas |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | County Civil Court | | | CORP | STRUMPF | | | D. Raffaele Part 11 - Self Represented Non-Jury |
| 17 | Bronx County Civil Court | CV-012192-07/BX | Active | U.S. EQUITIES CORP | LINDA STRUMPF | LISA REDWINE | | Honorable Thomas D. Raffaele Part 11 - Self Represented Non-Jury |
| 18 | Bronx County Civil Court | CV-012193-07/BX | Active | U.S. EQUITIES CORP | LINDA STRUMPF | LENNOX BUTLER | | Honorable Thomas D. Raffaele Part 11 - Self Represented Non-Jury |
| 18 | Bronx County Civil Court | CV-012193-07/BX | Active | U.S. EQUITIES CORP | LINDA STRUMPF | LENNOX BUTLER | | Honorable Thomas D. Raffaele Part 11 - Self Represented Non-Jury |
| 19 | Bronx County Civil Court | CV-012194-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | EDGARDO N SILVA | | Honorable Thomas D. Raffaele Part 11 - Self Represented Non-Jury |
| 19 | Bronx County Civil Court | CV-012194-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | EDGARDO N SILVA | | Honorable Thomas D. Raffaele Part 11 - Self Represented Non-Jury |
| 20 | Bronx County Civil Court | CV-012195-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | EILEEN A MARTINEZ | | Honorable Thomas D Raffaele Part 11 - Self Represented Non-Jury |
| 20 | Bronx County Civil Court | CV-012195-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | EILEEN A MARTINEZ | | Honorable Thomas D Raffaele Part 11 - Self Represented Non-Jury |
| 21 | Bronx County Civil Court | CV-012196-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | FRED A SHERRY | | Honorable Thomas D. Raffaele Part 11 - Self Represented Non-Jury |
| 21 | Bronx County Civil Court | CV-012196-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | FRED A SHERRY | | Honorable Thomas D. Raffaele Part 11 - Self Represented Non-Jury |
| 22 | Bronx County Civil Court | CV-012197-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | GILBERT H LAVALLEY | | Honorable Thomas D. Raffaele Part 11 - Self Represented Non-Jury |
| 22 | Bronx County Civil Court | CV-012197-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | GILBERT H LAVALLEY | | Honorable Thomas D Raffaele Part 11 - Self Represented Non-Jury |
| 23 | Bronx County Civil Court | CV-012198-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | GLENN VOSBURGH | | Honorable Thomas D Raffaele Part 11 - Self Represented Non-Jury |
| 23 | Bronx County Civil Court | CV-012198-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | GLENN VOSBURGH | | Honorable Thomas D Raffaele Part 11 - Self Represented Non-Jury |
| 24 | Bronx County Civil Court | CV-012199-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | HUMBERTO M BARBOSA | | Honorable Thomas D. Raffaele Part 11 - Self Represented Non-Jury |
| 24 | Bronx County Civil Court | CV-012199-07/BX | Disposed | U.S. EQUITIES CORP | LINDA STRUMPF | HUMBERTO M BARBOSA | | Honorable Thomas D Raffaele Part 11 - Self Represented Non-Jury |
| 25 | Bronx | CV-020427-07/BX | Active | U S EQUITIES | LINDA | LEROY | | Honorable Thomas |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | County Civil Court | | | CORP | STRUMPF | ROBINSON | | | D. Raffaele Part 11 - Self Represented Non-Jury |
| 25 | Bronx County Civil Court | CV-020427-07/BX | Active | U.S.EQUITIES CORP | LINDA STRUMPF | LEROY ROBINSON | | | Honorable Thomas D. Raffaele Part 11 - Self Represented Non-Jury |

[First Page]  [Next Page]  [Previous Page]  [Last Page]  Select Records Range:        [New Search]  [Edit Search]

```
*  *  *  Transmission Result Report(Memory TX)  ( Jul 27  2007  3:51PM ) * * *
```

| File No | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 4025 | Memory TX | 912125666800 | P. 1 | OK | |

```
Reason for error
  E 1) Hang up or line fail          E 2) Busy
  E 3) No answer                     E 4) No facsimile connection
```

Jul 2  2007 2:11PM    HP LASERJET FAX                                    P. 2

LINDA STRUMPF
ATTORNEY AT LAW

July 25 2007

Shmuel Klein Esq.
Law Office of Shmuel Klein P.C.
268 West Route 59
Spring Valley NY 10977

Re: U.S. Equities Corp.  v. David Shatz
Index No. 108566/06

Dear Mr. Klein:

To the best of my knowledge, I have not committed any violation of any law. If you claim that I committed a violation, please specifically advise what that violation is. Otherwise, if you wish to resolve this debt please call Mr. Hal Siegel at extension 120.

This is an attempt to collect this debt, and any information obtained will be used for that purpose.

Very truly yours,

LINDA STRUMPF

Fax — 845-425-7362

Our File No. 57395

16920

Exh. B





New York State Unified Court System

## WebCivil Local - Case Detail

Court:              **Queens County Civil Court** Index Number: **CV-133557-07/QU**
Case Name:          **U.S. EQUITIES CORP.**
                    **vs.**
                    **CHEN, XIAOLING LING**
Case Type:          **Civil**
Classification:     **Consumer Credit**
Filing Date:        **10/15/2007**
Disposition Date:
Calendar Number:
Jury Demand:        **No**
Judge Name:


Attorney/Firm(s) For Plaintiff - U.S EQUITIES CORP :

**Linda A. Strumpf**           Attorney Type:   **Attorney**
**111 John St Rm 800**
**New York, New York  10038**
**(212) 566-6800 ext:**


Attorney/Firm(s) For Defendant - XIAOLING LING CHEN:

[ Close ]

Exh. C





## WebCivil Local - Case Detail

| | |
|---|---|
| Court: | **Queens County Civil Court** Index Number: **CV-133588-07/QU** |
| Case Name: | **U.S. EQUITIES CORP.** |
| | **vs.** |
| | **HOU, PING** |
| | **FENG, SUFEN** |
| Case Type: | **Civil** |
| Classification: | **Consumer Credit** |
| Filing Date: | **10/15/2007** |
| Disposition Date: | |
| Calendar Number: | |
| Jury Demand: | **No** |
| Judge Name: | |

Attorney/Firm(s) For Plaintiff - U.S EQUITIES CORP.:

**Linda A. Strumpf**          Attorney Type:   **Attorney**
**111 John St Rm 800**
**New York, New York  10038**
**(212) 566-6800 ext:**


Attorney/Firm(s) For Defendant - SUFEN FENG:


Attorney/Firm(s) For Defendant - PING HOU:

Close